# Court of Appeals
# of the State of Georgia

ATLANTA, August 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2076. DAVID WAYNE SPRATLIN, JR. v. THE STATE.**

In 2013, David Wayne Spratlin, Jr., pled guilty to possession of methamphetamine and obstruction of an officer, and the trial court gave him a partially probated sentence. In 2014, the trial court revoked Spratlin's probation after finding that he had violated conditions of his probation by committing new felony and misdemeanor offenses and using methamphetamine. In 2017, Spratlin filed a "Motion for Modification/Reduction of Sentence," which the trial court denied. Spratlin then filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Spratlin's probation, he was required to file an application for discretionary appeal in order to obtain appellate review. See OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). His failure to do so deprives us of jurisdiction over this direct appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/10/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.